1 The People of the State of Colorado, Plaintiff-Appellee, v. Marlow Lee Dalton, Defendant-Appellant. No. 19CA0549
Court of Appeals of Colorado, Third Division
October 21, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court No. 17CR579 Honorable Tomee Crespin,
 Judge Honorable Donald S. Quick, Judge
 
 
 
 OPINION
 
 
 
 LIPINSKY, JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, VACATED IN PART, AND CASE REMANDED WITH
 DIRECTIONS
 
 
 Furman
 and Brown, JJ., concur